IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                              No. 4:15-cr-191-DPM

MAURICE JACKSON
Reg. No. 29277-009                                                       DEFENDANT

ORDER

Jackson moves for immediate release under 18 U.S.C. § 3582(c)(1)(A)(i) based on the ongoing COVID-19 pandemic. He says he asked the warden for release and did not receive a response within thirty days. *Doc. 108 at 7.* He therefore can seek relief from this Court. 18 U.S.C. § 3582(c)(1)(A).

Jackson's motion fails on the merits. He is a black man in his mid-fifties with diabetes and hypertension. He's incarcerated at Forrest City, which has many COVID-19 cases; and a prison is a particularly difficult place to control the spread of the virus. His concerns are thus reasonable ones. But Jackson has served less than half of his eleven-year sentence, which was a substantial downward variance from his career offender advisory Guidelines range. Reducing Jackson's sentence by another six years would not promote respect for the law, provide just punishment, reflect the seriousness of his offense, or adequately deter him and others. All material things considered, the

statute's remedy—reducing Jackson's sentence to time served—is not appropriate in this case. 18 U.S.C. §§ 3582(c)(1)(A)(i) & 3553(a). His motion, *Doc. 108*, is therefore denied.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 July 2020