IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                         PLAINTIFF

v.                 No. 4:15-cr-191-DPM

MAURICE JACKSON
Reg. No. 29277-009                                 DEFENDANT

### ORDER

1.    Jackson moves to reduce his sentence based on amendments to the Sentencing Guidelines. When he was sentenced, he received two criminal history points because he was on probation when he committed his new crime. He wouldn't receive those points under the amended Guidelines. This change, however, does not affect his sentencing range. Jackson was a career offender, meaning he remains in criminal history category VI. His motion, *Doc. 116*, is therefore denied.

2.    The United States's motion, *Doc. 117*, is granted. Benecia B. Moore is relieved as counsel for the United States.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 April 2024